UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WESTERN INSTITUTIONAL REVIEW BOARD, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER L. JENKINS, <br><br> Defendant. | CASE NO. C17-5523 BHS <br><br> ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND STAY |

This matter comes before the Court on Defendant Christopher Jenkins's ("Jenkins") motion to extend stay (Dkt. 34).

On January 4, 2018, Jenkins filed the instant motion requesting an extension of the stay pending a ruling from the Texas court. Dkt. 34. On January 19, 2018, Jenkins filed a status report informing the Court that the Texas court issued a favorable ruling. Dkt. 36. On January 24, 2018, Plaintiff Western Institutional Review Board, Inc. ("WIRB") responded requesting that the Court extend the stay as to the contract claims pending appeal in Texas and lift the stay on its trade secret claims because those claims are independent of the contract claims. Dkt. 38. The Court agrees that an extension of the

ORDER - 1

stay is appropriate as to the contract claims. Therefore, the Court **GRANTS** the motion as to the contract claims, extends the stay until a ruling is issued on Jenkins's pending motion to dismiss (Dkt. 39), and lifts the stay as to WIRB's trade secret claims.

**IT IS SO ORDERED**.

Dated this 7th day of February, 2018.

BENJAMIN H. SETTLE
United States District Judge